IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| KAMI MAXFIELD ANDERSON | ) | CASE NO. 4-09-22248-EWH |
| | ) | |
| Debtor(s). | ) | **PETITION TO PAY DIVIDEND IN** |
| | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 7 | CITY OF TUCSON/FINANCE DEPT<br>Acct No 8955<br>255 W ALAMEDA<br>TUCSON AZ 85701 | $67.50 | $1.90 |
| 8a | CITY OF TUCSON/FINANCE DEPT<br>Acct No 8955<br>255 W ALAMEDA<br>TUCSON AZ 85701 | $2.40 | $0.07 |
| 11 | GENERAL BUSINESS RECOVERIES<br>1100 E. BROADWAY BLVD<br>TUCSON AZ 85719-5846 | $116.50 | $3.29 |
| 13 | GENERAL BUSINESS RECOVERIES<br>1100 E. BROADWAY BLVD<br>TUCSON AZ 85719-5846 | $334.00 | $4.46 |
| 16 | GENERAL BUSINESS RECOVERIES<br>1100 E. BROADWAY BLVD<br>TUCSON AZ 85719-5846 | 63.00 | $1.78 |

Dated: October 11, 2010                /s/ SJK_____
                                        Stanley J. Kartchner, Trustee